# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Doren Chase Thompson,<br><br>        Plaintiff,<br>v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank,<br>        Defendant. | Civil Action No.: 3:17-cv-01754-JCH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

**Dated April 20, 2018**

        Respectfully submitted,

        PLAINTIFF, Doren Chase Thompson

        /s/ Jenny DeFrancisco

        Jenny DeFrancisco, Esq.
        LEMBERG LAW, L.L.C.
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        jdefrancisco@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jenny DeFrancisco

Jenny DeFrancisco