UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Doren Chase Thompson,<br><br>    Plaintiff,<br><br>v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank,<br><br>    Defendant. | Civil Action No.: 3:17-cv-01754-JCH |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| Doren Chase Thompson | Synchrony Bank f/k/a GE Capital Retail Bank |
| /s/ Sergei Lemberg | *(signature)* |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>Attorney for Plaintiff | Christopher A. Lynch<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>(212) 521-5400<br>Attorney for Defendant |

_____

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg